IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| vs. : | **CRIMINAL NO. 08-745-3** |
| **ADAMMYCHAL S. FLETCHER,** : | |
| **Defendant.** : | |

# ORDER

**AND NOW**, this 18th day of March, 2010, upon consideration of Defendant's Motion to Suppress [Doc. No. 78], the Government's Response [Doc. No. 87], and an evidentiary hearing and oral argument held thereon [Doc. No. 152], it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**Cynthia M. Rufe, J.**